EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Eileen Meléndez O'Neill | 2016 TSPR 139<br><br>195 DPR \_\_\_\_ |

Número del Caso: TS-4,078

Fecha: 29 de junio de 2016

Abogada de la Peticionaria:

      Por Derecho Propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Eileen Meléndez O'Neill                TS-4,078

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de junio de 2016.

Examinada la *Moción de readmisión a la abogacía* presentada el 21 de junio de 2016, se ordena la readmisión de la Sra. Eileen Meléndez O'Neill al ejercicio de la abogacía.

En cuanto a la *Moción informativa de cambio de nombre*, se le concede a la señora Meléndez O'Neill un término de veinte (20) días, contado a partir de la notificación de esta Resolución, para que presente un original del Certificado de Nacimiento expedido por el Departamento de Salud de la Ciudad de Nueva York.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez hace constar la siguiente expresión: "En cuanto a la solicitud de cambio de nombre, estimo que contamos con evidencia suficiente para autorizarlo".


                        Juan Ernesto Dávila Rivera
                        Secretario del Tribunal Supremo